### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MATTHEW ROBERTS**                                                                     **PLAINTIFF**
**ADC #161985**

**v.**                                      **Case No. 4:22-cv-00788-KGB**

**JOHN STALEY,** *et al*                                                              **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Matthew Roberts claims are dismissed (Dkt. No. 2).  The relief sought is denied.

It is so adjudged this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge